**DENY; and Opinion Filed February 18, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00113-CV

### IN RE CATHERINE HAYNES, Relator

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12828**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Lang-Miers

Relator contends that the trial court clearly abused its discretion in denying her motion to show authority under Rule 12 of the Texas Rules of Civil Procedure. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown she is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

140113F.P05